# IN THE SUPREME COURT OF ALABAMA



## October 10, 2025

**SC-2025-0689**

Ex parte Michael McClain and Grace Lewis PETITION FOR WRIT OF CERTIORARI TO THE COURT OF CIVIL APPEALS (In re: Michael McClain and Grace Lewis v. Crystal Pearson) (Talladega Circuit Court: CV-24-900574; Civil Appeals: CL-2025-0069).

## CERTIFICATE OF JUDGMENT

WHEREAS, the petition for writ of certiorari in the above referenced cause has been duly submitted and considered by the Supreme Court of Alabama and the judgment indicated below was entered in this cause on October 10, 2025:

**Writ Denied. No Opinion.** Wise, J. -- Stewart, C.J., and Sellers, Cook, and Lewis, JJ., concur.

NOW, THEREFORE, pursuant to Rule 41, Ala. R. App. P., IT IS HEREBY ORDERED that this Court's judgment in this cause is certified on this date. IT IS FURTHER ORDERED that, unless otherwise ordered by this Court or agreed upon by the parties, the costs of this cause are hereby taxed as provided by Rule 35, Ala. R. App. P.

I, Megan B. Rhodebeck, certify that this is the record of the judgment of the Court, witness my hand and seal.

*Megan B. Rhodebeck*

**Clerk, Supreme Court of Alabama**